USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Vasquez, *et al.*,

        Plaintiffs,

–v–

NS Luxury Limousine Service Ltd., *et al.*,

        Defendants.

18-cv-10219 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The status conference in this matter currently scheduled for April 1, 2020 at 4:00 P.M. is hereby adjourned sine *die*.

    At the December 20, 2019 conference, the Court ordered the parties to stipulate to undisputed facts and then submit briefing regarding two legal issues: (1) Does the taxicab exemption apply here? (2) Are Plaintiffs independent contractors? *See* December 20, 2019 Transcript at 11 ("The Court: I think what would make it easiest for the Court to resolve and might streamline briefing is if the parties could come to agreement on a set of stipulated facts and then do legal briefing from that set of stipulated facts. So, I mean, it would look sort of like a 56.1 statement except that it would be all be agreed-to facts by paragraph, create a document together that lays out the necessary agreed-to undisputed facts, and then do a legal memorandum of 25 pages that lays out what you think the relevant law is and applies the undisputed facts to that law as you see fit for my resolution.").

    On February 8, 2020, Plaintiffs filed for summary judgment and submitted a Rule 56.1 Statement. Dkt. Nos. 63, 64. However, Defendants disagree with some of the facts contained in that statement. Dkt. Nos. 67, 69. The parties thus failed to comply with the Court's direction to

submit a *joint* statement of *undisputed* facts.

No later than April 1, 2020, the parties are ordered to a joint status letter, no greater than three pages, advising the Court: (1) whether they still believe they can stipulate to undisputed facts and brief these two legal questions, (2) if so, submitting a proposed briefing schedule, (3) if not, indicating suggested trial dates and a date to submit joint pretrial materials, pursuant to the Undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated: March __18__, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge