USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/20

# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**DAVID STEIN**
dstein@samuelandstein.com

May 1, 2020

ADMITTED IN
NY, NJ, PA, IL, DC

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY  10007

      Re:   **Vasquez, et al. v. NS Luxury Limousine Service, Ltd., et al.**
              *Case Number 18-cv-10219 (AJN)*

Dear Judge Nathan:

    We represent plaintiffs Vasquez and Martinez in the above-referenced matter, and write with the consent of counsel for the defendants Karin Arrospede to request a brief extension of time to file opening papers for the parties' summary judgment briefing, including the parties' joint set of stipulated facts.

**SO ORDERED.**     The parties are close to finalizing those joint stipulated facts, but require a few extra days. The parties would respectfully request until Wednesday, May 6, 2020, for those initial submissions.

    We thank the Court for its attention to this matter, and we are available at Your Honor's convenience in the event that the Court has any questions regarding the foregoing.

Respectfully submitted,

David Stein

cc: Karin Arrospide, Esq. (via ECF)

5/5/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.