# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

| | | |
|---|---|---|
| **DAVID STEIN**<br>dstein@samuelandstein.com | October 9, 2020 | ADMITTED IN<br>NY, NJ, PA, IL, DC |

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2020
```

Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

> Plaintiffs' surreply is due on October 23, 2020.

Re: **Vasquez, et al. v. NS Luxury Limousine Service, Ltd., et al.**
    *Case Number 18-cv-10219 (AJN)*

Dear Judge Nathan:

We represent plaintiffs Jose Vasquez and Fernando Martinez in the above-referenced matter, and write in response to counsel's letter of today's date. As Your Honor is aware, last month defendants requested an alteration in the briefing schedule. Unfortunately, in the midst of the myriad religious holidays this month, we inadvertently miscalendared the due date for defendants' final round pleadings (today) as being for plaintiffs'. We apologize to the Court and to opposing counsel for the confusion, and we submit our papers today and respectfully request that they be accepted and that defendants be given two additional weeks to file their surreply.

SO ORDERED *Alison J. Nathan* 10/11/2020

We thank the Court for its attention to this matter, and we are available at Your Honor's convenience in the event that the Court has any questions regarding the foregoing.

Respectfully submitted,

*/s/ David Stein*
David Stein

cc: Karin Arrospide, Esq. (via ECF)