UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2022

Vasquez et al.,

          Plaintiff,

—v—

NX Luxury Limousine Service Ltd. et al.,

          Defendants.

18-cv-10219 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's orders on the cross-motions for summary judgment, Dkt. No. 101, and the motion for attorney's fees, Dkt. No. 107, Plaintiffs are awarded the following:

(a) Plaintiff Martinez is awarded $23,000 in liquidated damages for his unpaid overtime claims and $10,000 in damages for Defendants' violations of the WTPA, Dkt. No. 101 at 31;

(b) Plaintiff Vasquez is awarded $45,604.76 in damages for his unpaid overtime claims under the NYLL and $10,000 in damages for Defendants' violations of the WTPA, *id.*;

(c) Both Plaintiffs are awarded prejudgment interest under the NYLL at the rate of 9% per annum of their actual damages under the NYLL, Dkt. No. 107 at 5-6. Plaintiff Martinez's actual damages under the NYLL are $11,500 and the interest should be calculated from August 31, 2017. Dkt. No. 101 at 25; Dkt. No. 104 at 7. Plaintiff Vasquez's actual damages under the NYLL are $22,802.38 and the interest should be calculated from February 24, 2017. Dkt. No. 101 at 25; Dkt. No. 104 at 7.

(d) Plaintiffs are awarded $1,867.24 in costs and $35,481.25 in attorneys' fees.  Dkt. No. 107 at 6.

The Clerk of Court is respectfully directed to enter judgment and close this case.

SO ORDERED.

Dated: February 15, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge