# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Vasquez et al.,

                            Plaintiff,                            18 **CIVIL** 10219 (AJN)

      -against-                                          **JUDGMENT**

NX Luxury Limousine Service Ltd., et al.,

                          Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 15, 2022, Per the Court's orders on the cross-motions for summary judgment, Dkt. No. 101, and the motion for attorney's fees, Dkt. No. 107, Plaintiffs are awarded the following:

(a) Plaintiff Martinez is awarded $23,000 in liquidated damages for his unpaid overtime claims and $10,000 in damages for Defendants' violations of the WTPA, Dkt. No. 101 at 31;

(b) Plaintiff Vasquez is awarded $45,604.76 in damages for his unpaid overtime claims under the NYLL and $10,000 in damages for Defendants' violations of the WTPA, *id.*;

(c) Both Plaintiffs are awarded prejudgment interest under the NYLL at the rate of 9% per annum of their actual damages under the NYLL, Dkt. No. 107 at 5-6. Plaintiff Martinez's actual damages under the NYLL are $11,500 and the interest should be calculated from August 31, 2017, in the amount of $4,619.22. Dkt. No. 101 at 25; Dkt. No. 104 at 7. Plaintiff Vasquez's actual damages under the NYLL are $22,802.38 and the interest should be calculated from February 24, 2017, in the amount of $10,272.32. Dkt. No. 101 at 25; Dkt. No. 104 at 7.

    (d) Plaintiffs are awarded $1,867.24 in costs and $35,481.25 in attorneys' fees. Dkt. No. 107 at 6.

Judgment is hereby entered for Plaintiff Martinez in the amount of $37,619.22

Judgment is hereby entered for Plaintiff Vasquez in the amount of $65,877.08

Plaintiffs are awarded $1,867.24 in costs and $35,481.25 in attorneys' fees; accordingly, this case is closed.

**Dated:** New York, New York
February 15, 2022

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**

                          **BY:**
                                              **Deputy Clerk**